UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00172-MOC
Related Bankruptcy Case: 13-01019

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CEI, LLC a/k/a Communications Electrical Industries, LLC, | ) ) | ORDER |
| | ) | |
| Debtor. | ) | |
| | ) | |
| LANGDON M. COOPER, Trustee Adversary Proceeding In Bankruptcy for CEI, LLC a/k/a No. 13-01019 Communications Electrical Industries, LLC, | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| KENNETH W. LIVESAY and GLOBAL FIBER, LLC, | ) ) ) | |
| Defendants. | | |

**THIS MATTER** is before the court *sua sponte* to enlarge the time for Appellees to file a response to Appellant's Brief (#12). Having conferred with all counsel of record in this matter, it appears that unforeseen circumstances frustrated Appellees' ability to file a timely response brief, but that they do intend to respond. Given that Fed. R. Bankr. P. 8018 contemplates a response from Appellees, and that a brief stating the legal positions of the involved parties would greatly benefit efficient resolution of this matter, the court will grant its own motion and allow Appellees additional time to respond.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Appellees respond to Appellant's Brief (#12) on or before January 29, 2016.

Signed: December 21, 2015

Max O. Cogburn Jr
United States District Judge