UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00172-MOC

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CEI, LLC a/k/a Communications Electrical Industries, LLC, | ) ) ) | ORDER |
| | ) | |
| Debtor. | ) ) | |
| ──────────────────────────────── | ) ) | |
| BRENDA LIVESAY, | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | |
| LANGDON M. COOPER, Trustee In Bankruptcy for CEI, LLC a/k/a Communications Electrical Industries, LLC; KENNETH LIVESAY; and GLOBAL FIBER, LLC, | ) ) ) ) ) | |
| Appellees. | ) | |

**THIS MATTER** is before the court on Appellant Brenda Livesay's Appeal of the Bankruptcy Court's July 28, 2015 Order denying her Motion to Intervene in the underlying bankruptcy proceedings. This matter has been fully briefed by the parties, see (## 12, 14, 17), and is ripe for review. Having considered the matter and reviewed the pleadings, the court finds that oral arguments on the facts and applicable law involved in this appeal would be beneficial to efficient resolution of this matter. The court therefore enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Appellant Brenda Livesay's "Notice of Appeal from Bankruptcy Court," (#1), which the court has construed as a direct appeal pursuant to Fed. R.

-1-

Bankr. P. 8003 (#3), be calendared for oral arguments at 9:30 a.m. on Friday, April 8, 2016 in Asheville.

Signed: March 25, 2016

Max O. Cogburn Jr
United States District Judge