# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | JUDGMENT IN CASE |
| CEI, LLC a/k/a Communications Electrical Industries, LLC, | ) ) | |
| | ) | |
|        Debtor. | ) | Docket No. 1:15-cv-172 |
| _____ | ) ) | Related Bankruptcy Case: 13-01019 |
| BRENDA LIVESAY, | ) | |
|        Appellant, | ) | |
| v. | ) ) | |
| LANGDON M. COOPER, Trustee In Bankruptcy for CEI, LLC a/k/a No. 13-01019 Communications Electrical Industries, LLC, KENNETH W. LIVESAY and GLOBAL FIBER, LLC, | ) ) ) ) ) | |
|        Appellees. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2016 Order.

                                            June 29, 2016

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court